IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Kareem Martin, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>Fairfield County Sheriff's Office, Sheriff Will )<br>Montgomery, Deputy Samantha Demirtas, )<br>Sergeant Timothy Inman, and Sergeant Chris )<br>Darner. )<br>)<br>　　　　Defendants. )<br>) | C/A NO.: 0:20-cv-01400-MGL<br><br><br><br>**NOTICE OF REQUEST FOR**<br>**PROTECTION FROM COURT**<br>**APPEARANCE** |

　　Pursuant to Local Rule 6.02, the undersigned hereby requests protection from trial or any other court appearance in the above-captioned action for the following dates for long standing family vacations involving out of state travel:

　　January 14-January 17, 2022

　　March 14-March 25, 2022

　　July 18-July 22, 2022

　　October 6-October 17, 2022

　　　　　　　　　　　　　　　　**SMITH │ ROBINSON**
　　　　　　　　　　　　　　　　**Smith Robinson Holler DuBose and Morgan, LLC**


　　　　　　　　　　　　　　　　By: *s/H. Thomas Morgan, Jr.*
　　　　　　　　　　　　　　　　H. THOMAS MORGAN, JR.
　　　　　　　　　　　　　　　　Email: tommy@smithrobinsonlaw.com
　　　　　　　　　　　　　　　　Federal ID: 10189
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS
　　　　　　　　　　　　　　　　935 Broad Street
　　　　　　　　　　　　　　　　Post Office Drawer 39
　　　　　　　　　　　　　　　　Camden, South Carolina 29021
　　　　　　　　　　　　　　　　(803) 432-1992

January 6, 2022