

**SMITH ROBINSON**
Forward thinking. Results driven.

Smith Robinson Holler DuBose and Morgan, LLC

COLUMBIA  2530 Devine Street, Columbia, SC  29205    SUMTER  126 N. Main Street, Sumter, SC 29151    CAMDEN  935 Broad Street, Camden, SC  29020
P: 803.254.5445  F: 803.254.5007                                P: 803.778.2471  F: 803.778.1643                        P: 803.432.1992  F: 803.432.0784

Reply to: Camden

July 13, 2022

**Via E-Mail and E-Filing**
The Honorable Paige J. Gossett
United States Magistrate Judge
United States District Court, Columbia Division
901 Richland St.
Columbia, South Carolina 29201

RE:   *Kareem Martin, Plaintiff vs. Fairfield County Sheriff's Office, Sheriff Will Montgomery, Deputy Samantha Demirtas, Sergeant Timothy Inman, and Sergeant Chris Darner*
      *C/A No.: 0:20-CV-01400-MGL-PJG*

Dear Judge Gossett:

We are in receipt of the notice scheduling a hearing on Defendants' Motion for Summary Judgment on July 21, 2022, at 10:00 a.m. (ECF No. 105). On January 6, 2022, I filed a request for protection from court appearance on several dates, including July 18-July 22, 2022, due to long-standing family vacations involving out of state travel (ECF No. 88). Accordingly, I respectfully request the Court reschedule the hearing on Defendants' Motion for Summary Judgment. I have spoken with Plaintiff's counsel who consents to this request. Please advise if a formal motion is required for this request and, if so, we will file and prepare in accordance with the Court's wishes.

Very truly yours,

SMITH ROBINSON HOLLER DuBOSE
AND MORGAN, LLC

H. Thomas Morgan, Jr.

Attorney for Defendants

HTM/sr

www.SmithRobinsonLaw.com

Founding Partners:  G. Murrell Smith, Jr.  |  Jonathan M. Robinson  |  David C. Holler  |  John K. DuBose, III  |  H. Thomas Morgan, Jr.