

COLUMBIA  2530 Devine Street, Columbia, SC 29205    SUMTER  126 N. Main Street, Sumter, SC 29151    CAMDEN  935 Broad Street, Camden, SC 29020
P: 803.254.5445  F: 803.254.5007                    P: 803.778.2471  F: 803.778.1643                P: 803.432.1992  F: 803.432.0784

Reply to: Camden

July 25, 2022

**Via E-Mail and E-Filing**
The Honorable Paige J. Gossett
United States Magistrate Judge
United States District Court, Columbia Division
901 Richland St.
Columbia, South Carolina 29201

> **RE:   Kareem Martin, Plaintiff vs. Fairfield County Sheriff's Office, Sheriff Will Montgomery, Deputy Samantha Demirtas, Sergeant Timothy Inman, and Sergeant Chris Darner, Defendants**
> ***C/A No.: 0:20-CV-01400-MGL-PJG***

Dear Judge Gossett:

      We are writing to clarify our July 14, 2022 letter to the Court (ECF No. 108) wherein we informed the Court that the parties reached a settlement agreement and requested the issuance of a Rubin Order to allow the parties to finalize the settlement documents.  Subsequently, on July 15, 2022, the Court requested clarification on whether the settlement agreement included claims that were previously ruled upon in the Court's March 1, 2022 Order (ECF No. 92).

      The settlement agreement reached by the parties resolves all claims made by Plaintiff against Defendants that remain pending in the case subsequent to the Court's March 1, 2022 Order. The March 1, 2022 Order granted summary judgment to Defendants "as to: Martin's Section 1983 claim against Montgomery with respect to his Fourth Amendment claim; his section 1983 claim pursuant to the Fourth Amendment against Demirtas, Inman, and Darner; and, his negligence and gross negligence claims against Fairfield."  (ECF No. 92 at 12).  It is the parties' position that the settlement agreement now resolves all constitutional and state claims, including those previously addressed by the Court.  Therefore, the settlement agreement resolves the entirety of the issues in the case and would end this matter.

www.SmithRobinsonLaw.com

Founding Partners:  G. Murrell Smith, Jr.  |  Jonathan M. Robinson  |  David C. Holler  |  John K. DuBose, III  |  H. Thomas Morgan, Jr.

Plaintiff's counsel has reviewed this letter and agrees to the recitation herein. Should the Court need anything further, please do not hesitate to contact us.

Very truly yours,

SMITH ROBINSON HOLLER DuBOSE
AND MORGAN, LLC

Shanon N. Peake

Attorney for Defendants

SNP/sr

cc:     Robert Butcher, Esquire
        Deborah Butcher, Esquire
        Brett Perry, Esquire