IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| KAREEM MARTIN, ) | |
| ) | C/A No. 0:20-cv-01400-MGL-PJG |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| SHERIFF WILL MONTGOMERY; ) | |
| DEPUTY SAMANTHA DEMIRTAS; ) | |
| SERGEANT TIMOTHY INMAN; ) | |
| SERGEANT CHRIS DARNER; and ) | |
| FAIRFIELD COUNTY SHERIFF'S ) | |
| OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, any party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

This settlement applies to all claims in this action, including those addressed by prior order, and no judgment shall be entered.

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

                                                <u>s/Mary Geiger Lewis</u>
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 26, 2022